

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Ex Parte Charles Raines

No. 06-21-00002-CR

Appeal from the 85th District Court of Brazos County, Texas (Tr. Ct. No. 19-03987-CRF-85). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's denial of the appellant's application for a writ of habeas corpus.

We note that the appellant, Charles Raines, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 21, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk